UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-64-JSS-DCI
    18 U.S.C. § 2252A(a)(2)
TIMOTHY BEAVER    18 U.S.C. § 2252A(a)(5)(B)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 23, 2022, in the Middle District of Florida, and elsewhere, the defendant,

TIMOTHY BEAVER,

having previously been convicted in any court of a crime under the laws of the United States related to the receipt of child pornography, did knowingly receive child pornography, that is, the child pornography in the computer file with a title "Fan1.mp4," using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT TWO

On or about March 13, 2023, in the Middle District of Florida, and elsewhere, the defendant,

TIMOTHY BEAVER,

having previously been convicted in any court of a crime under the laws of the United States related to the receipt of child pornography, did knowingly receive child pornography, that is, the child pornography in the computer file with a title "1475581.mp4," using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT THREE

On or about January 30, 2024, in the Middle District of Florida, and elsewhere, the defendant,

TIMOTHY BEAVER,

having previously been convicted in any court of a crime under the laws of the United States related to the receipt of child pornography, did knowingly possess material that contained an image of child pornography, that is, the child pornography in the computer file with a title beginning and ending "aqbg.jpg," that had been shipped and transported using any means and facility of interstate and foreign commerce, and the image involved a prepubescent minor and a minor who

had not attained 12 years of age.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1.    The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.    Upon conviction of a violation of 18 U.S.C. § 2252A(a)(2) or 18 U.S.C. § 2252A(a)(5)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: a Lenovo tablet model number TB – X306F, serial number HA1PGSMQ(13), which was seized from the defendant on January 30, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: Adam J. Nate
Assistant United States Attorney

By: Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

TIMOTHY BEAVER

## INDICTMENT

Violation:

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_____
Foreperson

Filed in open court this 20th day of March, 2024.

_____
Clerk

Bail   $_____

GPO 863 525